# United States Court of International Trade
### Honorable Gary S. Katzmann
### Honorable M. Miller Baker
### Honorable Leo M. Gordon

## Appearance Sheet

Docket No. 19-00209
July 21, 2020 –Oral Argument via Webex
11:00 a.m.
Off Site
Jurisdiction 1581(i)


Universal Steel Products Inc., et al
Plaintiffs,
v.
United States et al,
Defendants.

---

## Counsel

**Plaintiff**
**Lewis Evart Leibowitz**
The Law Office of Lewis E. Leibowitz

**Defendant**
**Meen Geu Oh**
**Ann Motto**
U.S. Department of Justice