UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE GARY S. KATZMANN, JUDGE
         THE HONORABLE M. MILLER BAKER, JUDGE
         THE HONORABLE LEO GORDON, SENIOR JUDGE

| | |
|---|---|
| UNIVERSAL STEEL PRODUCTS, INC., <br> PSK STEEL CORP., <br> DAYTON PARTS LLC, <br> THE JORDAN INTERNATIONAL COMPANY, <br> BORUSAN MANNESMANN PIPE U.S. INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES, *et al.,* <br><br> *Defendants,* | Court No. 19-00209 |

**VOLUNTARY DISMISSAL WITH PREJUDICE—
COUNT FOUR OF COMPLAINT**

Pursuant to Rule 41(a)(2) of the United States Court of International Trade, Plaintiffs enter a Voluntary Dismissal with Prejudice of Count Four of this litigation (CIT Rule 41(a)(2)), pursuant to the Court's Letter of November 28, 2022 (ECF 69) and the Joint Status Report of the Parties dated December 7, 2022 (ECF 70). Defendants do not oppose this voluntary dismissal, as noted in the Joint Status Report. A proposed order is attached.

Respectfully submitted,

/s/ Lewis Leibowitz
Lewis E. Leibowitz
*The Law Office of Lewis E. Leibowitz*
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20036
Phone: (202) 617-2675

*Attorney for Plaintiffs*

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE GARY S. KATZMANN, JUDGE
         THE HONORABLE M. MILLER BAKER, JUDGE
         THE HONORABLE LEO GORDON, SENIOR JUDGE

|  |  |
|---|---|
| UNIVERSAL STEEL PRODUCTS, INC., <br> PSK STEEL CORP., <br> DAYTON PARTS LLC, <br> THE JORDAN INTERNATIONAL COMPANY, <br> BORUSAN MANNESMANN PIPE U.S. INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES, *et al.,* <br><br> *Defendants,* |  Court No. 19-00209 |

## ORDER

Upon the Plaintiffs' notice of dismissal of Count Four of the Amended Complaint in this action (ECF 11), pursuant to Rule 41(a)(2) of this Court, it is hereby

**ORDERED** that Count Four of the Amended Complaint is dismissed with prejudice.

_____<br>Judge

Dated: January __, 2023