## UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE:    THE HONORABLE GARY S. KATZMANN, JUDGE
THE HONORABLE M. MILLER BAKER, JUDGE
THE HONORABLE LEO GORDON, SENIOR JUDGE**

|  |  |  |
|---|---|---|
| UNIVERSAL STEEL PRODUCTS, INC., PSK STEEL CORP., DAYTON PARTS LLC, THE JORDAN INTERNATIONAL COMPANY, BORUSAN MANNESMANN PIPE U.S. INC., *Plaintiffs,* v. UNITED STATES, *et al.,* *Defendants,* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Court No. 19-00209 |

## <u>ORDER</u>

Upon the Plaintiffs' notice of dismissal of Count Four of the Amended Complaint in this action (ECF 11), pursuant to Rule 41(a)(2) of this Court, it is hereby

**ORDERED** that Count Four of the Amended Complaint is dismissed with prejudice.

Dated: January 6, 2023
New York, New York

/s/ Gary S. Katzmann
Gary S. Katzmann, Judge

/s/ M. Miller Baker
M. Miller Baker, Judge

/s/ Leo M. Gordon
Leo M. Gordon, Judge